UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN VON STAICH,<br><br>Plaintiff,<br><br>v.<br><br>DR. PIDO and DR. VOEGELE,<br><br>Defendants. | Case No. C 13-4680 KAW (PR)<br><br>ORDER OF TRANSFER |

Plaintiff Ivan Von Staich, a state prisoner currently incarcerated at the California Men's Colony (CMC), has filed a civil rights action under 42 U.S.C. § 1983 complaining of his treatment by the medical staff at CMC. Specifically, he alleges that medical staff at CMC violated his constitutional rights by rescinding his work restrictions.

The acts complained of in this complaint occurred at CMC, which is located in San Luis Obispo County in the Central District of California. Venue, therefore, properly lies in the Central District and not in this one. See 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Central District of California. The Clerk of the Court shall transfer the case forthwith.

**IT IS SO ORDERED.**

Dated: 10/11/13

KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE